IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

EUGENE A. LOISEL III                                                                    PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:07cv35-JCS

CHRISTOPHER EPPS, ET AL.                                                         DEFENDANTS

## JUDGMENT

For the reasons described in the Memorandum Opinion and Order entered in this matter on this date, the Court finds as follows:

1. Plaintiff's claims against Epps fail.

2. Plaintiff's claims against John Doe 1 and Officer Cox fail.

3. Plaintiff has proven his failure to protect claim against Torrey Hankins, and the Court hereby awards one thousand dollars ($1,000.00) in damages to Plaintiff.

4. Plaintiff's delay of medical treatment claim against Torrey Hankins fails.

5. Plaintiff's claims against Officer Charles Faulk fail.

6. Plaintiff's claims against Officer Jacelyn Fairley fail.

Accordingly, judgment is entered in favor of Plaintiff on his failure to protect claim against Defendant Hankins, and all other claims are dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 1st day of June, 2009.

                                                         s/ James C. Sumner
                                             UNITED STATES MAGISTRATE JUDGE