UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



EUGENE A. LOISEL III                                                                                   PLAINTIFF

VS.                                                       CIVIL ACTION NO. 3:07cv35-JCS

CHRISTOPHER EPPS, ET AL.                                                 DEFENDANTS

## ORDER

The medical records contained in Plaintiff's Exhibit 11 (Corrections Interpretive Report for Eugene Loisel and treatment notes (10 pages)), Defendants' Exhibit 2, and Court's Exhibit 1 contain personal identifiers and personal medical information. See Section 9 ("Privacy"), the Administrative Procedures for Electronic Case Filing for the United States District Court for the Southern District of Mississippi. Because these records are NOT REDACTED, they do not comply with Section 9, and, therefore, they should not be posted on the Court's Case Management/Electronic Case Filing ("CM/ECF") system. Accordingly, pursuant to Section 9, Plaintiff's Exhibit 11 (Corrections Interpretive Report for Eugene Loisel and treatment notes (10 pages)), Defendants' Exhibit 2, and Court's Exhibit 1 should be sealed. The Clerk of Court is hereby directed to file these items under seal.

SO ORDERED, this the 8th day of June, 2009.

                                                                               S/ James C. Sumner
                                                                               UNITED STATES MAGISTRATE JUDGE